## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MOTOROLA, INC.,** | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | **CIVIL ACTION NO.** |
| **RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION,** | ) ) ) ) ) | **3:09-CV-00072-K** |
| *Defendants.* | | |

## JOINT MOTION TO DISMISS

The parties Research In Motion Ltd., Research In Motion Corp., and Motorola, Inc., as indicated by the signatures of counsel appearing below, have agreed to the dismissal of this action and request entry of an order dismissing with prejudice:

(a) all claims and counterclaims by Research In Motion Ltd. and Research In Motion Corp. against Motorola, Inc.; and

(b) all claims and counterclaims by Motorola, Inc. against Research In Motion Ltd. and Research In Motion Corp.;

and further ordering that each party shall bear its own costs, expenses, and attorney's fees attributable to the prosecution and defense of this action.

Respectfully submitted,

| | |
|---|---|
| Attorneys for<br>RESEARCH IN MOTION LIMITED<br>RESEARCH IN MOTION CORPORATION | Attorneys for<br>MOTOROLA, INC. |

/s/ *John R. Emerson*  /s/ *Eric W. Pinker*

| | |
|---|---|
| George W. Bramblett, Jr. , Esq.<br>Phillip B. Philbin, Esq.<br>John R. Emerson, Esq.<br>HAYNES AND BOONE, LLP<br>2323 Victory Ave, Suite 700<br>Dallas, TX 75219<br>(214) 651-5000<br>(214) 200-5940 - telcopier | Eric W. Pinker, P.C., Esq.<br>Mark E. Turk, Esq.<br>LYNN TILLOTSON PINKER & COX, LLP<br>750 N. St. Paul Street, Suite 1400<br>Dallas, Texas 75201<br>(214) 981-3827<br>(214) 981-3839 - telecopier |
| William F. Lee (Admitted *Pro Hac Vice*)<br>Dominic E. Massa (Admitted *Pro Hac Vice*)<br>Michelle D. Miller (Admitted *Pro Hac Vice*)<br>WILMER CUTLER PICKERING HALE AND DORR, LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>(617) 526-5000 - telecopier | Jesse J. Jenner (Admitted *Pro Hac Vice*)<br>Steven Pepe (Admitted *Pro Hac Vice*)<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>(212) 596-9000<br>*jesse.jenner@ropesgray.com* |
| David J. Shenk (Admitted *Pro Hac Vice*)<br>Randall W. Mishler (Admitted *Pro Hac Vice*)<br>Research in Motion Corporation<br>5000 Riverside Drive, Bldg 6, Suite 100<br>Irving, Texas 75039 | Nicole M. Jantzi (Admitted *Pro Hac Vice*)<br>Kevin J. Post (Admitted *Pro Hac Vice*)<br>Ropes & Gray LLP<br>700 12th Street, NW, Suite 900<br>Washington, DC 20005<br>(202) 508-4600<br>*nicole.jantzi@ropesgray.com* |

___

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.1(d) on this the 18th day of June, 2010. Any other counsel of record will be served with a true and correct copy of the foregoing by mail or facsimile.

                                          */s/ Mark E. Turk*
                                          Mark E. Turk